608

371 A.2d 1296

Commonwealth v. DeCarlo, Appellant.

Argued November 12, 1976. J. Murtaugh, with him Stanley W. Greenfield, for appellant; Joseph M. Stanichak and Keith R. McMillen, Assistant District Attorneys, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., absent.

371 A.2d 1296

Commonwealth v. Flaherty, Appellant.

Argued November 9, 1976. John Woodcock, Jr., Public Defender, for appellant; William J. Haberstroh, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.